PATRICK J. COLBERT, Appellant, *v.* PHILOMENA F. MCCLEARY, Respondent.

*Colbert* v. *McCleary,* 154 App. Div. 776, affirmed.
(Argued April 20, 1915; decided May 4, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 16, 1913, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to rescind a written agreement entered into by the parties hereto whereby the plaintiff, Patrick J. Colbert, conveyed to Philomena McCleary, for the sum of $5,000, any and all rights in and to the estate of Dr. Francis J. Freel, and in and to the estate of Dr. Freel's father, Edward Freel. The plaintiff claimed that the agreement was executed under mistake, by reason of undue influence, and

at a time when the plaintiff was utterly unable to understand its purport, and for inadequate consideration.

*Louis Dean Speir* for appellant.

*Augustus Van Wyck, Matthew A. Reynolds* and *M. F. McGoldrick* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WERNER, HISCOCK, CHASE, COLLIN, MILLER, CARDOZO and SEABURY, JJ.